IN THE Court OF CRiminAl AppEALS
AUSTIN, TEXAS                    84,206-01

# * APPlICATION FOR WRIT OF MANDAMUS*

JOE ANGEL ACOSTA III
Relator PRO SE                                    CASE NO.

v.

NUECES COUNTY DiStrict Clerk
Respondent

Comes Now, Joe Angel Acosta III, relator pro se in above styled and numbered cause of action and files this original application for writ of mandamus pursuant to Texas Code of Criminal Procedure, article 11.07, article 11.60, article 2.21 and would show the court the following:

**I.**

(a) I am a state Prisoner (#1844468) confined to the clements unit of the TDCJ-ID, 9601 Spur 591, Amarillo, TX 79107 (Potter County Texas).

(b) No other remedy at law exists to effect relief sought.

(c) The act sought to be compled is ministerial, not discretionary in nature (Tx. Code of Crim. Proc, art. 11.07, section 3(c)), requiring the clerk to "immediately trans-mit to the Court of criminal Appeals a copy of the application for writ of Habeas Corpus, any answers filed, and related records with a Certificate of Service, within 35 days of receipt.

**II.**

ON 9-11-15, Relator mailed an application for writ of Habeas Corpus (11.07) to the Nueces County District Clerks Office - 901 Leopard - Room 313 - Corpus Christi, TX 78401 - Certified mail / return Reciept # 7015-0640-0003-9101-0278. The Clerk Signed for it on 9-17-15.

The writ Challenges my conviction for Aggravated Assault w/deadly Weapon (Cause No. 02-CR-0279-A / Acosta v State in the 28th District Court, Nueces County, Texas.

35 days has elapsed from the time of filing with no ODR entered and No record forward to this Court or any Notice to relator.

**III.**

Relator prays for appropriate relief from this court Pursuant to Tx. Code of Crim. Procedures, art. 11.07, 11.60 and 2.21.

## * INMATES DeclaRation *

I attest under the penalty of perjury the foregoing writ of mandamus is true and correct under the penalty of perjury. Executed this the 5th day of November 2015

Joe Angel Acosta III
Joe Angel Acosta III - relator pro

## * certificate OF SERVICE*

I, Joe Angel Acosta III, hereby Certify the foregoing writ of Mandamus has been sent to: MR. Abel Acosta - Clerk - Texas Court of Criminal Appeals, P.o. Box 12308 - Capitol Station - Austin, Texas 78711, via TDCJ Law Library / Indigent mail system — Today the 6th day of November 2015.

Executed 11-6-15

Joe Angel Acosta III
Relator Pro Se
JOE Angel ACOSTA III
#1844468 - clements Unit
9601 Spur 591
Amarillo, Tx. 79107

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 13 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 16 2015